| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Illston, Susan Y | 2. Court or Organization U.S. District Court, N.D.S.F. | 3. Date of Report 3/26/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. Report Type (check appropriate type) ○ Nomination Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. District Court 450 Golden Gate Ave. San Francisco CA | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | ███ Insurance Policies |
| 2. | Custodian | ███ Annuities |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED APR 25 10 26 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | March 24-27, Rancho Mirage, CA - Equal Employment Opportunity Committee Program (Travel, Meals, and Hotel) |
| 2. | American Bar Association | March 31 - April 2, Washington, DC - Annual Spring Meeting - Antitrust & Labor Sections (Travel, Meals, and Hotel) |
| 3. | Duke University | Feb 20-23, Durham, NC - Duke Moot Court (Travel and Hotel) |
| 4. | LA Intellectual Property Law Association | May 14-16, Santa Barbara, CA - Annual Seminar (Travel, Meals, and Hotel) |
| 5. | The Sedona Conference | Oct 28-29, Sedona, AZ - Annual Conference on Patent Law & Litigation (Travel, Meals, and Hotel) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. Bank One | Credit Card | J |
| 2. Citibank | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y | 3/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Charles Schwab & Co.: | | | | | | | | | |
| 2. Money Market Fund | D | Dividend | O | T | | | | | |
| 3. Yield Plus Select Fund | C | Interest | N | T | Buy | 9/16 | N | A | |
| 4. CA Education Facs Auth Bonds | F | Interest | P1 | T | | | | | |
| 5. Federal National Mortgage | D | Interest | | | Paid Off | 5/25 | O | A | |
| 6. GNMA Mortgage Pool | D | Interest | M | T | | | | | |
| 7. Federal Home Loan Mtg | E | Interest | N | T | | | | | |
| 8. CA Revenue Anticipation Notes | D | Interest | | | Matured | 6/16 | N | A | |
| 9. CA Revenue Anticipation Notes | E | Interest | | | Buy | 1/26 | O | | |
| 10. | | | | | Matured | 6/16 | O | A | |
| 11. U.S. Treasury Direct - Treasury Bills and Notes | F | Interest | P1 | T | | | | | |
| 12. Washington Mutual Bank | B | Interest | L | T | | | | | |
| 13. Citibank: | | | | | | | | | |
| 14. Cash Account | D | Interest | O | T | | | | | |
| 15. Flight Deck Resources Common Stock | A | Dividend | O | U | Buy | 7/8 | O | | |
| 16. Flight Deck Resources - Loan | C | Interest | | | Paid Off | 3/31 | L | A | |
| 17. RES Finance, Inc. Convertible Promissory Note | A | Interest | L | U | Buy | 2/19 | L | | |
| 18. Mortgage, Sela Malin | D | Interest | M | T | | | | | |

1 Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2 Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3 Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y | 3/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Promissory Notes - Presbyterian Church of the Roses | A | Interest | J | T | | | | | |
| 20. Bond Fund of America IRA | C | Dividend | M | T | | | | | |
| 21. TIAA-CREF Retirement Fund | D | Distribution | L | T | | | | | |
| 22. Northwestern Mutual Life Annuity | B | Interest | L | T | | | | | |
| 23. Northwestern Mutual Life Annuity Aggr. Growth Stock Fund | D | Distribution | L | T | | | | | |
| 24. Northwestern Mutual Life ████ Insurance | | None | M | T | | | | | |
| 25. Northwestern Mutual Life ████ Annuities | E | Distribution | L | T | | | | | |
| 26. Northwestern Mutual Life Insurance Trust | | None | P1 | T | | | | | |
| 27. Trustee: Douglas McGlashan, San Mateo, CA | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| See Columns C1 and D3 | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Illston, Susan Y | 3/26/2005 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

i further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____                   Date  4/15/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544